IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ZERIC J. TOWNSEL                                                                                    PLAINTIFF

V.                                                            CIVIL ACTION NO.: 1:20-CV-18-SA-DAS

ALAN WHITE and WILLIAM MALISCH                                              DEFENDANTS

ORDER ADOPTING REPORT AND RECOMMENDATION

On February 3, 2020, Zeric Townsel filed a *pro se* Motion to Proceed *in forma pauperis* [2]. The Magistrate Judge assigned to this case entered a Report and Recommendation [4] on February 12, 2020 recommending that the Plaintiff's *pro se* motion be denied.

This Court adopts the Report and Recommendation [4] without change and the Plaintiff's request to proceed *in forma pauperis* is DENIED for the reasons discussed in the Magistrate Judge's Recommendation.

SO ORDERED this, the 3rd day of March, 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE